UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CASE NO.: 3:23-cv-73

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> - against - <br><br> DH-C601 LLC d/b/a CLUTCH KITCHEN & POUR HOUSE, DOMENICO D. MARSOCCI, MATTHEW F. PORILLO, <br><br> Defendants. | **ENTRY OF DEFAULT AS TO DEFENDANT MATTHEW F. PORILLO** |

THIS CAUSE having come before the undersigned Clerk of the United States District Court for the Western District of North Carolina, upon Complaint in the case, and upon application by the Plaintiff JOE HAND PROMOTIONS, INC. through a Motion for Entry of Default, it appearing to the Court that the Defendant **MATTHEW F. PORILLO** is in default for failure to appear or serve a response to the Summons and Complaint;

NOW THEREFORE, DEFAULT is hereby entered against Defendant, **MATTHEW F. PORILLO**.

Signed: July 6, 2023

Katherine Hord Simon, Clerk
United States District Court